```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA )
                         )
        v.               )    Criminal No.
                         )
THOMAS E. EATON          )

<u>O R D E R</u>

AND NOW, to wit, this _____ day of _____, _____, the Court having considered the motion of the government to destroy certain firearms, and the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation shall forthwith destroy the following weapons:

    a. one Ruger .357 Magnum Black Hawk revolver, Serial Number 32-55444;
    b. one Jennings Stainless Steel .22 caliber handgun, Serial Number 665379, with 9 rounds of ammunition;
    c. one 1917 Eddy Stone rifle, Serial Number 795323.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

cc:   United States Attorney